ELIZABETH C. LEAVENWORTH, Respondent, *v.* JOSEPHINE M. J. DODGE, as Executrix of ARTHUR M. DODGE, Appellant.

*Leavenworth* v. *Dodge,* 8 App. Div. 616, affirmed.
(Argued October 6, 1899; decided October 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 15, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Henry H. Seymour* for appellant.

*A. R. Conover* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., and HAIGHT, J., dissenting.